Bituminous Casualty Corporation, an Insurance Corporation, Plaintiff and Counter Defendant-Appellee, v. Lou Bachrodt Chevrolet, a Business Corporation, Defendant and Counter Plaintiff-Appellant.

Lou Bachrodt Chevrolet, a Corporation, Third Party Plaintiff-Appellant, v. John H. Camlin Co., an Illinois Corporation, Third Party Defendant-Appellee.

Gen. No. 64–39.

Second District.

February 16, 1965.

Miller, Thomas, Hickey & Collins, of Rockford (Francis E. Hickey and Edwin T. Powers, Jr., of counsel), for defendant and counter plaintiff-appellant; Maynard & Maynard, of Rockford (James F. Maynard, of counsel), for plaintiff and counter defendant, third-party defendant, appellee. Opinion by JUSTICE DAVIS. **Not to be published in full.**